**STATE OF FLORIDA**

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.  HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

**BUREAU of VITAL STATISTICS**

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2023037784  **DATE ISSUED:** MARCH 3, 2023

**DECEDENT INFORMATION**  **DATE FILED:** MARCH 3, 2023

NAME: DYLAN   COLBY   LYONS

DATE OF DEATH: FEBRUARY 22, 2023        SEX: MALE        AGE: 024 YEARS
DATE OF BIRTH: MARCH 11, 1998        SSN: ***-**-6152
BIRTHPLACE: MEADOWBROOK, PENNSYLVANIA, UNITED STATES
PLACE WHERE DEATH OCCURRED:   EMERGENCY ROOM/OUTPATIENT
FACILITY NAME OR STREET ADDRESS: ORLANDO REGIONAL MEDICAL CENTER
LOCATION OF DEATH: ORLANDO, ORANGE COUNTY, 32806
RESIDENCE:   10824 ROYAL CYPRESS WAY, ORLANDO, FLORIDA  32836, UNITED STATES
COUNTY: ORANGE
OCCUPATION, INDUSTRY:  JOURNALIST, TELEVISION
EDUCATION: BACHELORS DEGREE        EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: NEVER-MARRIED
SURVIVING SPOUSE NAME:  NONE
FATHER'S/PARENT'S NAME:   GARY   LYONS
MOTHER'S/PARENT'S NAME:   BETH   LEON

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME:   GARY   LYONS
RELATIONSHIP TO DECEDENT:   FATHER
INFORMANT'S ADDRESS:  10824 ROYAL CYPRESS WAY, ORLANDO, FLORIDA  32836, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: WILLIAM ADAMS, F046449
FUNERAL FACILITY:  BETH SHALOM MEMORIAL CHAPEL F041223
    933 LEE RD STE 101, ORLANDO, FLORIDA  32810
METHOD OF DISPOSITION: BURIAL
PLACE OF DISPOSITION:   TEMPLE ISREAL CEMETERY
    GOTHA, FLORIDA

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: DISTRICT MEDICAL EXAMINER        MEDICAL EXAMINER CASE NUMBER: 230900417
TIME OF DEATH (24 HOUR):  1646        DATE CERTIFIED: MARCH 3, 2023
CERTIFIER'S NAME:  JOSHUA DAVID STEPHANY
CERTIFIER'S LICENSE NUMBER:  ME95707
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER):   NOT ENTERED

The first five digits of the decedent's Social Security Number have been redacted pursuant to §119.071(5), Florida Statutes.

, STATE REGISTRAR

REQ:  2024981685

WARNING: THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.





DH FORM 1946 (03-13)

CERTIFICATION OF VITAL RECORD         Florida HEALTH

* 4 5 6 5 9 1 0 6 *