

 Print                2025-CA-000699-O : LYONS, GARY vs. CHARTER COMMUNICATIONS INC

## Case Header

Case Type:    CA - Negligence Other
Date Filed:   1/28/2025
Location:     Div 39
UCN:          482025CA000699A001OX
Judge:        Michael Deen
Status:       Pending
Citation Number:
Compliance Date:

## Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| GARY LYONS<br>*OF THE ESTATE OF DYLAN LYONS PREP* | Plaintiff | MARK NEJAME | 407-500-0000 |
| CHARTER COMMUNICATIONS INC | Defendant | PAUL TOTTEN | 305-379-3686 |

## Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

## Docket Events

Document Status:  = Public    = Non-Public Document    = VOR    = Confidential    = Sealed   ⊘ = Request Pending

| Date | Description | Pages | Doc |
|---|---|---|---|
| 03/28/2025 | Comments: THE COMPLAINT | 16 | |
| 02/26/2025 | Comments: to Respond to pltf's Complaint | 1 | |
| 02/24/2025 | Comments: TO RESPOND TO PLAINTIFFS COMPLAINT | 3 | |
| 02/18/2025 | Comments: AND DESIGNATION OF EMAIL ADDRESSES | 2 | |
| 01/30/2025 | | 11 | |
| 01/29/2025 | Comments: email atty | 2 | |
| 01/28/2025 | | 13 | |
| 01/28/2025 | | 3 | |
| 01/28/2025 | Case Initiated | | |

## Hearings

| Date | Hearing | Time | Location | Pages | Doc |
|---|---|---|---|---|---|

## Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 1/28/2025 | Transaction Assessment | | 410.00 |
| 1/28/2025 | Payment | PENLAND, DELAYNE DANIELLE | -410.00 |

## Bonds

| Description | Status Date | Bond Status | Image | Amount |
|---|---|---|---|---|

## Warrants

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
|---|---|---|---|---|---|---|