# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GARY LYONS,**

      **Plaintiff,**

v.                                                                Case No.   6:25-cv-848-ACC-LHP

**CHARTER COMMUNICATIONS, INC.,**

      **Defendant.**

## ORDER

This cause comes before the Court upon review of the Notice of Removal (Doc.1) and the Complaint (Doc. 1-7). Based on the foregoing, it is ordered that no later than May 30, 2025, Defendant Charter Communications, Inc. shall advise the Court if the results of this litigation have the potential to substantially affect Defendant Charter Communications, Inc.'s balance sheets.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 16, 2025.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record