## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

GARY LYONS as Personal Representative
of THE ESTATE OF DYLAN LYONS,

     Plaintiff,

v.                        Case No.:  6:25-cv-00848

CHARTER
COMMUNICATIONS, INC.,

     Defendant.

_____/

## DEFENDANT'S DISCLOSURE STATEMENT

Defendant, CHARTER COMMUNICATIONS, INC, by and through its undersigned counsel, pursuant to Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 of the Middle District of Florida, hereby discloses the following:

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

     ☐    No.

     ☒    Yes, and

          ☒    These parent corporations and publicly held corporations own 10% or more of the filer's shares:

              **Liberty Broadband Corporation holds more than 10% of Charter Communications, Inc.'s  shares**

          ☒    The filer has no parent corporation.

☐      No publicly held corporation owns 10% or more of the filer's shares.

2.     Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☐      No.

☒      Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

**Charter Communications, Inc. is incorporated in the State of Delaware and has its principal place of business in the State of Connecticut.**

a.     Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☒      No.

☐      Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b.     Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒      No.

☐      Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c.     Is the filer an insurer?

☒      No.

2

☐     Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d.     Is the filer a legal representative?

☒     No.

☐     Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e.     Has the filer identified any corporation?

☐     No.

☒     Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f.     Has the filer identified any natural person?

☒     No.

☐     Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.     Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐     No.

☒     Yes. These additional persons and entities have or might have an interest in the outcome of the action:

**NeJame Law, P.A.**                    **Attorneys for Plaintiff**

4.      Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒      No.

☐      Yes, and this is the entity:

5.      Is this a bankruptcy action?

☒      No.

☐      Yes, and the debtor is [].

☐      Yes, and the members of the creditors' committee are [].

6.      Is this a criminal case?

☒      No.

☐      Yes, and these persons are arguably eligible for restitution: [].

7.      Is there an additional entity likely to actively participate in this action?

☒      No.

☐      Yes, and this is the entity: [].

8.      Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒      Yes.

Respectfully submitted,

*/s/ Paul G. Totten* _____
**JERRY D. HAMILTON**
Florida Bar No.: 970700
jhamilton@hamiltonmillerlaw.com
**PAUL G. TOTTEN**
Florida Bar No.: 529931
ptotten@hamiltonmillerlaw.com
**BRIAN T. BARRIFFE**
Florida Bar No.:  1024874
bbarriffe@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL
150 Southeast Second Avenue, Suite1200
Miami, Florida 33131-2332
Telephone:   (305) 379-3686
Facsimile:    (305) 379-3690
*Counsel for Defendant, Charter Communications, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 19, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic notices of Electronic Filing.

*/s/ Paul G. Totten* _____
Paul G. Totten, Esq.

## <u>SERVICE LIST</u>

Mark E. NeJame, Esq.
FBN: 310931
RyanJ. Vescio, Esq.
FBN: 14032
DeLayne D. Penland, Esq.
FBN : 1024836
**NEJAME LAW, P.A.**
111 N. Orange Avenue, Suite 1300
Orlando, FL 32801
Phone: 407-500-0000
Fax:    407-802-1448
mark@nejamelaw.com
ryan@nejamelaw.com
delayne@nejamelaw.com
PI@nejamelaw.com
*Counsel for Plaintiff*