# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

GARY LYONS as Personal Representative
of THE ESTATE OF DYLAN LYONS,

    Plaintiff,

v.                                                                        Case No.:   6:25-cv-00848

CHARTER
COMMUNICATIONS, INC.,

    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

    Defendant, CHARTER COMMUNICATIONS, INC, by and through its undersigned counsel, in accordance with Local Rule 1.07(c) of the Middle District of Florida, certifies the following the above-captioned case:

☒   **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

    **USDC Middle District of Florida, 6:25cv252, Turner Et Al V. Deputy John Doe Et Al**

    **Orange County Circuit Court, 2023-CF-002486-A-O, State of Florida V. Keith Melvin Moses.**

☐   **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

**Dated: May 19, 2025**

Respectfully submitted,

*/s/ Paul G. Totten*
**JERRY D. HAMILTON**
Florida Bar No.: 970700
jhamilton@hamiltonmillerlaw.com
**PAUL G. TOTTEN**
Florida Bar No.: 529931
ptotten@hamiltonmillerlaw.com
**BRIAN T. BARRIFFE**
Florida Bar No.: 1024874
bbarriffe@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
*Counsel for Defendant, Charter Communications, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic notices of Electronic Filing.

*/s/ Paul G. Totten*
Paul G. Totten, Esq.

## SERVICE LIST

Mark E. NeJame, Esq.
FBN: 310931
RyanJ. Vescio, Esq.
FBN: 14032
DeLayne D. Penland, Esq.
FBN : 1024836
**NEJAME LAW, P.A.**
111 N. Orange Avenue, Suite 1300
Orlando, FL 32801
Phone: 407-500-0000
Fax:    407-802-1448
mark@nejamelaw.com
ryan@nejamelaw.com
delayne@nejamelaw.com
PI@nejamelaw.com
*Counsel for Plaintiff*

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690