UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARY LYONS, as Personal Representative
of THE ESTATE OF DYLAN LYONS,

    Plaintiff,

CASE NO.: 6:25-cv-00848-ACC-LHP

v.

CHARTER COMMUNICATIONS, INC.,
a Foreign Profit Corporation,

    Defendant.
_____/

## NOTICE OF DESIGNATION OF LEAD COUNSEL FOR PLAINTIFF

Notice is hereby given, pursuant to Local Rule 2.02(a), that the following attorney will serve as lead counsel on behalf of the Plaintiff, GARY LYONS, as personal representative of THE ESTATE OF DYLAN LYONS, in the above referenced case:

Ryan J. Vescio, Esquire
NeJame Law, P.A.
111 N. Orange Avenue, Suite 1300
Orlando, Florida 32801
Telephone (407) 500-0000
Facsimile (407) 802-1448
ryan@nejamelaw.com
pi@Nejamelaw.com

**[THIS SPACE LEFT BLANK INTENTIONALLY]**

## CERTIFICATE OF SERVICE

I certify that on May 19, 2025, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of filing to all counsel of record.

/s/ Ryan J. Vescio
Ryan J. Vescio, Esquire
Florida Bar Number: 14032
Mark E. NeJame, Esquire
Florida Bar Number: 310931
DeLayne Penland, Esquire
Florida Bar Number: 1024836
NEJAME LAW, P.A
111 N. Orange Ave., Ste. 1300
Orlando, FL 32801
PH: (407) 500-0000
F:   (407) 802-1448
ryan@nejamelaw.com
mark@nejamelaw.com
delayne@nejamelaw.com
PI@nejamelaw.com
*Attorney(s) for Plaintiff*