UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARY LYONS as Personal Representative
of THE ESTATE OF DYLAN LYONS,

    Plaintiff,

v.                                            Case No.:   6:25-cv-00848

CHARTER
COMMUNICATIONS, INC.,

    Defendant.
_____/

## RESPONSE TO ORDER

Defendant, CHARTER COMMUNICATIONS, INC, by and through its undersigned counsel, in accordance with this Court's May 16, 2025 Order (Doc. 5), would advise the results of the above-captioned case would not have the potential to substantially affect Defendant's balances sheets.

                                                        Respectfully submitted,

                                                        */s/Paul G. Totten*
                                                        **JERRY D. HAMILTON**
                                                        Florida Bar No.: 970700
                                                        jhamilton@hamiltonmillerlaw.com
                                                        **PAUL G. TOTTEN**
                                                        Florida Bar No.: 529931
                                                        ptotten@hamiltonmillerlaw.com
                                                        **BRIAN T. BARRIFFE**
                                                       Florida Bar No.:  1024874
                                                        bbarriffe@hamiltonmillerlaw.com
                                                        HAMILTON, MILLER & BIRTHISEL
                                                        150 Southeast Second Avenue, Suite1200

Miami, Florida 33131-2332
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
*Counsel for Defendant, Charter Communications, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic notices of Electronic Filing.

*/s/ Paul G. Totten*
Paul G. Totten, Esq.

## SERVICE LIST

Mark E. NeJame, Esq.
FBN: 310931
RyanJ. Vescio, Esq.
FBN: 14032
DeLayne D. Penland, Esq.
FBN : 1024836
**NEJAME LAW, P.A.**
111 N. Orange Avenue, Suite 1300
Orlando, FL 32801
Phone: 407-500-0000
Fax:    407-802-1448
mark@nejamelaw.com

ryan@nejamelaw.com
delayne@nejamelaw.com
PI@nejamelaw.com
*Counsel for Plaintiff*

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690