UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARY LYONS, as Personal Representative
of THE ESTATE OF DYLAN LYONS,

    Plaintiff,

CASE NO.: 6:25-cv-00848-ACC-LHP

v.

CHARTER COMMUNICATIONS, INC.,
a Foreign Profit Corporation,

    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

Plaintiff, GARY LYONS, as personal representative of THE ESTATE OF DYLAN LYONS, by and through its undersigned counsel, in accordance with Local Rule 1.07(c) of the Middle District of Florida, certifies the following the above-captioned case

| | |
|---|---|
| __X__ IS | related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: |
| | Federal Court, Florida Middle District case number case number 6:25-cv-252 PGB-UAM, Turner et. al. v. Deputy John Doe et. al. arises from the same operating facts as the instant case. |
| | Orange County, Florida State Court case number 2023-CF-002486-A-O – State of Florida vs. Keith Moses. |
| ____ IS NOT | related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency. |

# CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed using the CM/ECF portal filing system which will send an electronic copy of the foregoing to all counsel of record.

Dated: May 30, 2025

/s/ DeLayne D. Penland
DeLayne Penland, Esquire
Florida Bar Number: 1024836
Ryan J. Vescio, Esquire
Florida Bar Number: 14032
Mark E. NeJame, Esquire
Florida Bar Number: 310931
NEJAME LAW, P.A
111 N. Orange Ave., Ste. 1300
Orlando, FL 32801
PH: (407) 500-0000
F: (407) 802-1448
delayne@nejamelaw.com
ryan@nejamelaw.com
mark@nejamelaw.com
PI@nejamelaw.com
*Attorney(s) for Plaintiff*