UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARY LYONS, as Personal Representative
of THE ESTATE OF DYLAN LYONS,

     Plaintiff,

                                    CASE NO.: 6:25-cv-00848-ACC-LHP

v.

CHARTER COMMUNICATIONS, INC.,
a Foreign Profit Corporation,

     Defendant.

_____/

## **NOTICE OF MEDIATION**

Plaintiff,  GARY LYONS, as personal representative of THE ESTATE OF DYLAN LYONS, by and through undersigned counsel, and in response to the Court's Endorsed Order of July 23, 2025 (Doc. 16), hereby notify the Court that the parties have scheduled mediation as follows:

        Mediator: **Donna C. Doyle, Esquire** (Mediate First, Inc.)

        Date: **Monday, October 26, 2026**

        Time: **1:30 p.m.**

        Location: ***Via* ZOOM Conference**

## ***[THIS SPACE LEFT BLANK INTENTIONALLY]***

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 6, 2025, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of filing to: Paul G. Totten, Esquire, ptotten@hamiltonmillerlaw.com, Jerry D. Hamilton, Esquire, jhamilton@hamiltonmillerlaw.com, Brian T. Barriffe, Esquire, bbarriffe@hamiltonmillerlaw.com, HAMILTON, MILLER & BIRTHISEL, LLP, 100 South Ashley Drive, Suite 1210, Tampa, Florida 33602.

*/s/ DeLayne D. Penland*
DeLayne D. Penland, Esquire
Florida Bar Number: 1024836
Ryan J. Vescio, Esquire
Florida Bar Number: 14032
Mark E. NeJame, Esquire
Florida Bar Number: 310931
NEJAME LAW, P.A
111 N. Orange Ave., Ste. 1300
Orlando, FL 32801
PH: (407) 500-0000
F:   (407) 802-1448
delayne@nejamelaw.com
ryan@nejamelaw.com
mark@nejamelaw.com
PI@nejamelaw.com
*Attorney(s) for Plaintiff*