UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARY LYONS, as Personal Representative
of THE ESTATE OF DYLAN LYONS,

     Plaintiff,

                                 CASE NO.: 6:25-cv-00848-ACC-LHP

v.

CHARTER COMMUNICATIONS, INC.,
a Foreign Profit Corporation,

     Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

COMES NOW, the Plaintiff, GARY LYONS, as Personal Representative of THE ESTATE OF DYLAN LYONS (hereinafter the "Plaintiff"), and pursuant to Fed. R. Civ. P. Rule 6(b)(1)(A) and otherwise provided by law, and hereby moves this Honorable Court for an Order Continuing the current March 31, 2026 hearing on the Court's Docket, and as grounds therefore states as follows:

1.     On or about March 3, 2026, the Court scheduled a hearing for March 31, 2026 on Defendant's Motion to Dismiss Plaintiff's first Amended Complaint [Doc. 24].

2.    Counsel for Plaintiff is scheduled to appear in person before the Eighth Circuit Court of Appeals in at a hearing in Cleveland, Ohio. Notice for this hearing was served on February 23, 2026.

3.    Counsel for the Plaintiff has spoken with Counsel for the Defendant who has stated that they are not in opposition of the continuance, however, Defense counsel is prepared to proceed as scheduled.

4.    Plaintiff has conferred with Defendant and the next date the parties are both available on April 2, 2026.

5.    The parties are also tentatively available on April 23, April 24, and April 29. While these dates are presently available, Defense counsel has a prescheduled trial that, if called, would interfere with his ability to attend on those dates.

6.    Neither party will be prejudiced by a continuance of the hearing to be heard before this Honorable Court at a later date and time.

**WHEREFORE**, Plaintiff respectfully requests that this Court allow a continuance of the hearing on  Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [Doc. 24], and for all other relief this honorable court deems necessary and appropriate.

## MEMORANDUM OF LAW

The Court possesses inherent authority to control dockets and manage the disposition of cases pending before them. See *Vibe Micro, Inc. v. Shabanets*, 878 F.3d 1291, 1295 (11th Cir. 2018). This affords broad discretion to grant continuances in order to promote fairness and efficiency in administration of justice. *Id*. Plaintiff timely files this Motion for Continuance in accordance with Rule 3.08.

Here, the undersigned was previously ordered to appear before the Eighth Circuit Court of Appeals in Cleveland, Ohio. The hearing before the Eighth Circuit was scheduled on February 23, 2026, which precedes the Court's March 3, 2026 hearing notice in the instant case. The dispositive and complex nature of Plaintiff's arguments in opposition to Defendant's Motion to dismiss necessitates that the undersigned, as lead counsel, make the oral arguments to the Court. Due to this out of state scheduling conflict, good cause exists to allow a continuance of the March 31, 2026 hearing.

### Certificate 3.01(g) Conferral for Motion to Dismiss

In accordance with Middle District Local Rule 3.01(g), the parties conferred on March 5, 2026 regarding the rescheduling of the Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. Counsel for the Plaintiff explained the scheduling conflict. Defendant's Counsel relayed that they did not oppose the

continuance, so long as it was clear that Defendant's Counsel is prepared to proceed as scheduled.

## CERTIFICATE OF SERVICE

I certify that on March 16, 2026, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of filing to all counsel of record.

Respectfully submitted,

*/s/ Ryan J. Vescio*
Ryan J. Vescio, Esquire
Florida Bar Number: 14032

**NEJAME LAW, P.A**
111 N. Orange Ave., Ste. 1300
Orlando, FL 32801
PH: (407) 500-0000
F:   (407) 802-1448
ryan@nejamelaw.com

*Attorney(s) for Plaintiff*