# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GARY LYONS,

     **Plaintiff,**

v.               **Case No. 6:25-cv-848-ACC-LHP**

CHARTER COMMUNICATIONS, INC.,

     **Defendant.**

| UNITED STATES DISTRICT JUDGE: | Anne C. Conway | COURTROOM: | 6A |
|---|---|---|---|
| DEPUTY CLERK: | Keitra Davis | COUNSEL FOR PLAINTIFF: | Ryan Vescio, I |
| COURT REPORTER | Suzanne Trimble trimblecourtreporter@gmail.com | COUNSEL FOR DEFENDANT: | Paul Totten/Brian Barriffe |
| DATE/TIME: | April 2, 2026 1:02 P.M. – 1:45 P.M. | | |
| TOTAL TIME: | 43 minutes | | |

### CLERK'S MINUTES
### MOTION HEARING

Case Called; Appearances taken.

The Court addressed the Defendant's Motion to Dismiss (Doc. No. 25), and Plaintiff's Response in Opposition (Doc. No. 27).

Oral argument by Mr. Totten.

Oral argument by Mr. Vescio.

Rebuttal argument by Mr. Totten.

The Court reserved ruling. A written order is forthcoming.

Court is adjourned.